**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 539 EAL 2016
                                 :

              Respondent         :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
             v.                 :
                                 :
                               :
CHRISTOPHER SINGLETARY,      :
                               :
             Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.